IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| ROBERT STARKS | ) | CIVIL ACTION FILE NO. 1:26-cv-00246-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  DEFENDANT ABOVE NAMED:

## COMPLAINT

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et. seq. This Court is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b).

2. Plaintiff Robert Starks is a citizen of Trenton, South Carolina.

3. At all times mentioned herein, Defendant United States of America, through its agency the Department of Veterans Affairs (the "VA"), owned and operated Aiken Veterans Affairs Medical Clinic #6526, Aiken, South Carolina 29803, located at 951 Millbrook Ave.

## FACTS

4. That on or about January 17, 2024, Robert Starks tripped and fell on a raised portion of sidewalk in front of Aiken Veterans Affairs Medical Clinic #6526, as he attempted to enter the facility.

5. Upon information and belief, at all times relevant to this action, United States of America were responsible for the maintenance, repair, upkeep, and safety of the sidewalk in front of Aiken Veterans Affairs Medical Clinic #6526.

6. The sidewalk where Mr. Starks fell was an unsafe condition for patients of Defendant's clinic entering and exiting the facility.

7. As a result, Mr. Starks suffered serious injuries to his body including but not limited to the right side of his head, balance issues, and vison difficulty.

## CAUSE OF ACTION

8. Defendant United States of America was negligent, careless, reckless, grossly negligent, willful and wanton at the time and place above mentioned in the following particulars:

    a. In failing to maintain maintenance;

    b. In failing to inspect and repair in a timely fashion;

    c. In failing to provide a safe condition;

    d. In failing to warn pedestrian of any dangers;

    e. In failing to properly inspect its premises for unreasonable hazards that posed a risk of injury to the public;

    f. In failing to properly train its employees to recognize unreasonable safety hazards and work to eliminate them;

All of which combined and concurred as a direct and proximate cause of the injuries and damages suffered by the Plaintiffs herein.

WHEREFORE, the Plaintiffs pray for judgment against United States of America in a sum sufficient to adequately compensate them for their actual damages, for such punitive

damages as a jury may reasonably award, for the cost of this action, and for such other and further relief as this court may deem just and proper.

Respectfully submitted,

s/Jamie R. Rutkoski
Jamie Rutkoski (Fed Bar No. 12880)
JRutkoski@kassellaw.com
John D. Kassel (Fed Bar No. 2278)
Jkassel@kassellaw.com
Theile B. McVey (Fed Bar No. 7614)
Tmcvey@kassellaw.com
KASSEL McVEY ATTORNEYS AT LAW
1330 Laurel Street
Post Office Box 1476
Columbia, South Carolina 29202
803-256-4242
803-256-1952 (fax)

Attorneys for Plaintiff

January 23, 2026
Columbia, South Carolina